**Exhibit A to the Complaint**

**Location:** Brea, CA  
**Total Works Infringed:** 53

**IP Address:** 108.80.196.72  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D13D5ED5664AE60A01730E14B306EC1137870B5F | Blacked Raw | 08/15/2018 15:48:02 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 2 | 04489E6A69E4D13B88D8CC37A5E9D319CD8203F5 | Vixen | 04/23/2018 22:28:03 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 3 | 072EB61B814EC6ADC8FEA2E1065399B241DF0809 | Blacked Raw | 03/23/2018 21:07:26 | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 4 | 07A21DC9378CA1B98B244AF306DF8378CA62C89B | Vixen | 04/07/2018 18:50:05 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 5 | 085EEC5B39176F457AEAF7F903E163625A4B989A | Vixen | 11/25/2017 18:09:45 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 6 | 0BB4D8BC5B32DE0785FCD7ED45CF25BE08806B87 | Vixen | 04/11/2018 08:06:31 | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 7 | 117CD0ACCB2989DFF04AF1CA4E39667B55F95F25 | Tushy | 04/05/2018 22:36:01 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 8 | 19EDB23D18C01344121726AC1819809FB6AFCA85 | Blacked Raw | 03/18/2018 00:51:59 | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 9 | 1AB8C2B17686AC6D80CE93AD69388780C6BEB4C3 | Tushy | 08/11/2017 22:58:42 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 10 | 1E6CC9EE598AD6B4CC4B5739D74BE18B582335D1 | Blacked | 10/25/2017 02:31:56 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 11 | 247D5BFC2872B66EFCE8DE06D603BEC84B6D4213 | Blacked | 01/13/2018 16:40:19 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 12 | 26B833CD1875EEE5FEE1CC6EF80D8969C8B39125 | Vixen | 02/12/2018 05:33:24 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 13 | 27494A0EDD64BE43F366523749B9A86F0E145810 | Blacked | 05/27/2018 03:22:56 | 05/20/2018 | 06/30/2018 | 16761912270 |
| 14 | 2AB15616290E5006CE1F5161620EDA18DF227C1A | Blacked | 05/10/2018 20:55:06 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 15 | 33A6EBAB0DA730D208165C72CBB07B84BE3270AA | Vixen | 06/01/2018 18:44:38 | 05/29/2018 | 06/30/2018 | 16761901131 |
| 16 | 3B39BBAD1B2830B5ED75D8C453B42F613D466F86 | Blacked | 05/01/2018 08:03:36 | 03/16/2018 | 04/12/2018 | PA0002091582 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3FB60EDA67331F6105F2DF4966A119D6DDA21078 | Blacked Raw | 04/03/2018 11:19:13 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 18 | 4BAB25D18D81C6A63E3AFE077735EC6B61810E14 | Tushy | 06/09/2017 07:01:42 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 19 | 4C4DF30753288B57CC05809F384DB62CD7BF96B8 | Vixen | 04/15/2018 07:40:13 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 20 | 4F6B3CB3BF3A9C97C4B6C3E8F499DC97A67D29B9 | Blacked | 01/13/2018 19:23:12 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 21 | 4FFB31D4E624E3E87ABAACE77FF3E6AB26C24A4A | Blacked | 04/15/2018 05:25:30 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 22 | 50082B3AD9257C7385EE1F6B6099D474C2D4F8F4 | Blacked | 04/08/2018 08:59:37 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 23 | 54E6B036352790B0294E9E258D6C90E41A216596 | Blacked | 07/22/2018 18:46:21 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 24 | 58D93E90079F381C5144DD911077C86362DD3190 | Tushy | 01/11/2018 06:08:41 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 25 | 634381318D1D22169D9CBA70B16D54632B3BD101 | Vixen | 12/28/2017 19:58:24 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 26 | 634ADC610DE1CC11B3F7DD4B8F2AC890232C06FC | Blacked | 05/07/2018 21:58:55 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 27 | 65697C1CDA8F11358983A3407CE6C586250EB439 | Blacked | 02/05/2018 23:39:47 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 28 | 6FA166C029458628834737928E1696162A300A1C | Vixen | 08/15/2018 15:45:20 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 29 | 7339EC660947F67F313286E74AF703336961D27B | Blacked Raw | 04/05/2018 22:45:39 | 02/21/2018 | 03/02/2018 | PA0002104741 |
| 30 | 7F22C35E385E22E33CC792948A1C485FBC15B143 | Blacked Raw | 06/30/2018 07:27:38 | 05/02/2018 | 05/19/2018 | 16665888016 |
| 31 | 82A06F974F9B067C3B1FC93B2D7520BD7B523372 | Tushy | 05/10/2018 19:52:45 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 32 | 875522E0A8FC7A46312644F40AE9C5C840E9B08E | Blacked Raw | 02/10/2018 12:05:45 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 33 | 898465F64E51B63FCFECF2DC61CC19679B2B3571 | Vixen | 05/10/2018 19:22:53 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 34 | 8DAA40240AAC125CA3106494E61B96B381B2196F | Vixen | 04/11/2018 07:47:30 | 09/21/2017 | 10/10/2017 | PA0002086168 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 93B1C8F4719E1262B86E6D4CDAD75609B054CFA6 | Blacked Raw | 12/10/2017 12:55:18 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 36 | 94710F62B279C20C2522C54226E919761A07F318 | Tushy | 11/12/2017 21:05:13 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 37 | 94C1A6B1319D9B1D72B79FF817A219E26D55BA5C | Tushy | 09/26/2017 04:55:38 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 38 | 9AFD3538C960D72B79F127D680934141999C462B | Vixen | 04/18/2018 18:39:07 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 39 | 9C89BD217C479CFB111ADB9527000F3E334042D8 | Blacked Raw | 12/19/2017 02:54:02 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 40 | 9E90DB2F0DBD3782384E699D0D71449A11642201 | Blacked | 10/05/2017 00:16:06 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 41 | 9FAFD4ADD0290537F60635F7E69AC9B08583F958 | Blacked Raw | 02/10/2018 15:56:02 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 42 | A726692CC2F826AE4F39175A72F9F01214C9214C | Vixen | 05/01/2018 09:02:35 | 04/14/2018 | 05/19/2018 | 16665887967 |
| 43 | A89C6CFB56CCEC8C8BEB465117F8B0B11CBACF1B | Vixen | 05/07/2018 22:15:14 | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 44 | A96B1330A50D698817D291646E97D916E0C6794C | Blacked | 02/11/2018 23:14:49 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 45 | AA7E111F35B94EBE23B5B819A9873842EA138FDC | Blacked Raw | 04/08/2018 20:26:05 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 46 | B0B9741DC93CFF38E3B46CD6CD5B24652A3E3B4A | Blacked | 10/30/2017 21:50:16 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 47 | BA5BA98B2D5115DF282AB97A2C407E4F20F4AD2D | Tushy | 05/11/2018 00:31:26 | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 48 | BDD329F2133C368BBDC82BDFB0F786C0405E1AB6 | Blacked Raw | 05/10/2018 17:24:20 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 49 | C0796CCA0D0F34D7363AC8B99E9314385E786262 | Blacked | 02/19/2018 20:57:04 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 50 | DAB3DECB74214D290E271A9F2A150991F4C2C145 | Vixen | 04/14/2018 06:32:58 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 51 | F803DBA40F99BC661F95BB34BA6890AC0382266D | Blacked | 03/30/2018 01:43:26 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 52 | FCCCE5BFCA7AA7A62D27FFA747CEC81CB09A3557 | Tushy | 04/25/2018 20:16:34 | 06/15/2017 | 07/07/2017 | PA0002070815 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | FEB2515385DA6DAEB085DA65B1DE51CD93161115 | Blacked Raw | 07/22/2018 05:27:07 | 06/26/2018 | 07/15/2018 | 16822264368 |